# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) Case Number: M-19-680-STE |
| | ) |
| TARENCE D MCLANE | ) |
| Defendant | ) |

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☐ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings unless and until relieved by order of the Court. _____

☒ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. **David Autry** _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Friday, December 20, 2019
Date

_/s/ Shon T. Erwin_
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

SR-10-2019