# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

DATE: Dec 20, 2019     CASE: M-19-680-STE

TIME IN COURT: 15 mins     COURTROOM: 103

MAGISTRATE JUDGE SHON T. ERWIN     COURTROOM DEPUTY RAVEN McDANIEL

UNITED STATES OF AMERICA vs. TARENCE D MCLANE

Defendant States true and correct name as: Same     AGE: ____

Government Cnsl: Tom Snyder     Defendant Cnsl: David Autry

U.S. Probation Officer: Amy Jackson     Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel     Interpreter: N/A

☐ Defendant advised of his / her right of consular notification, _____

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

---

☐ Government recommends defendant be released on _____

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government _____

    ☐ Upon motion of the Government and request for continuance by _____

    ☒ Detention Hearing is set for Monday, December 23, 2019 4:00 p.m.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

☒ Defendant informed of his / her right to a preliminary hearing.

    ☐ Preliminary hearing waived. Written waiver entered.

    ☐ Preliminary hearing set for _____

    ☒ Preliminary and detention hearing set for Monday, December 23, 2019 4:00 p.m.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

*SR-10-2019*