# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| vs. | |
| TARENCE D MCLANE | CASE NO. M-19-680-STE |
| *IN CUSTODY* | |

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 103** |
| | DATE AND TIME: |
| | **Monday, December 23, 2019 at 4:00 p.m.** |

TYPE OF PROCEEDING:

**Preliminary/Detention Hearing**

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**SHON T. ERWIN**
U.S. MAGISTRATE JUDGE

**December 20, 2019**                                **s/Raven McDaniel**
Date                                                         (By) Deputy Clerk