# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. M-19-680-STE |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD: Please take notice that David Autry, lawyer, enters his appearance as counsel for Tarence D. McLane, the Defendant in the above-styled and numbered case. I certify that I am licensed to practice in this Court and that I am registered with the CM/ECF System.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

Lawyer for Defendant,
Tarence D. McLane

**Certificate of Electronic Filing and Service**

      This is to certify that on this 20th day of December, 2019 I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Thomas B. Snyder, AUSA, and to all other counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

                                        /s/ David Autry