**CRIMINAL COURTROOM MINUTE SHEET**
**PRELIMINARY / DETENTION HEARING**

DATE: Dec 23, 2019

TIME IN COURT:  2h 40m

MAGISTRATE JUDGE SHON T. ERWIN

CASE: M-19-680-STE

COURTROOM: 103

COURTROOM DEPUTY RAVEN McDANIEL

UNITED STATES OF AMERICA vs. TARENCE D MCLANE

Defendant States true and correct name as: _____   AGE: _____

Government Cnsl: Tom Snyder

Defendant Cnsl: David Autry

Court appointed

U.S. Probation Officer: Candice Jones

Interpreter: N/A

☒ Defendant Appears, custody of U.S. Marshal with Counsel

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.     ☒ Parties provided with a written Pretrial Services Report.

**PRELIMINARY HEARING**

☐ Preliminary hearing waived. Waiver entered.

☐ Government introduces evidence with testimony of _____ witness(es) and rests.

☐ Defendant introduces evidence with testimony of _____ witness(es) and rests.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

WITNESSES

1. Timothy Spratt - Task Force Officer
2. Crystal Mclane - Wife to Defendant
3. Jane Howell - Mother to Defendant

☒ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

**DETENTION HEARING**

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.

☒ Defendant introduces evidence with testimony of __3__ witness(es) and rests.

☐ Government ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

☒ Government ☒ Defendant make(s) closing statements.

**The Court Orders:**

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

Defendant Witness: Linda Mclane - Grandmother to Defendant

SR-10-2019